**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MANUEL CARRILLO RAMIREZ,<br>Petitioner,<br>v.<br>DEPARTMENT OF HOMELAND SECURITY, ET AL.,<br>Respondents. | No. ED CV 26-4981-E<br><br>ORDER FOR ENTRY OF JUDGMENT |

On August 27, 2026, Petitioner filed a “Petition for Writ of Habeas Corpus, etc.” (“the Petition”). Respondents filed an Answer on September 4, 2026. On September 8, 2026, the Court ordered Petitioner to file a Reply on or before September 18, 2026. The Court cautioned Petitioner that “[f]ailure timely to do so may result in the denial and dismissal of the Petition.” Nevertheless, Petitioner failed to file a timely Reply.

The Court has inherent power to achieve the orderly and expeditious disposition of cases by dismissing actions for failure to prosecute. See Link v. Wabash R.R., 370 U.S. 626, 629-30 (1962). The Court has considered the factors recited in Ferdik v. Bonzelet, 963 F.2d 1258, 1260-62 (9th Cir.), cert. denied, 506 U.S. 915 (1992), and has concluded that dismissal without prejudice is appropriate. In particular, any less drastic alternative would not be

effective under the circumstances of this case.

Therefore, the Petition is denied and dismissed without prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: September 28, 2026

CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE