JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

MANUEL CARRILLO RAMIREZ,

Petitioner,

v.

DEPARTMENT OF HOMELAND SECURITY, ET AL.,

Respondents.

No. ED CV 26-4981-E

JUDGMENT

Pursuant to the "Order for Entry of Judgment," it is adjudged that the Petition is denied and dismissed without prejudice.

DATED: September 28, 2026

CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE